This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38955**

**JACQUELINE ADAMS,**

Plaintiff-Appellant,

v.

**CHARLIE MICHAEL DOSS, M.D.,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**George P. Eichwald, District Judge**

Law Offices of James P. Lyle, P.C.
James P. Lyle
Albuquerque, NM

for Appellant

Hinkle Shanor LLP
Dana S. Hardy
Jeremy Ian Martin
Santa Fe, NM

Kathleen Wilson
Hari Amrit-Khalsa
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**HANISEE, Chief Judge.**

**{1}** Plaintiff appeals the denial of a motion for new trial based upon the absence of a recess instruction to the jury. This Court's notice of proposed summary disposition proposed to affirm the judgment of the district court. [CN 5] Defendant has filed a

memorandum in support of that proposed summary disposition. [MIS 1] Plaintiff, however, has not filed a memorandum opposing summary affirmance, and the time for doing so has expired. We, therefore, affirm the judgment entered below.

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**JANE B. YOHALEM, Judge**